**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 90 WAL 2017
                                      :
            Respondent         :
                                      :    Petition for Allowance of Appeal from
                                      :    the Order of the Superior Court
          v.                      :
                                        :
                                        :
LISA J. KNECHT,                    :
                                        :
            Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.